UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:

| | |
|---|---|
| CRAIG HERNANDEZ | Chapter 7 |
| CARRIE HERNANDEZ | Case No. 08-44426-MBM |
|     Debtors. | Honorable Marci B. McIvor |

_____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

The attached check represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. § 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is/are as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| RBS Citizens NA<br>P.O. Box 7054<br>Bridgeport, CT 06601 | 6 | $87.07 |
| U.S. Bank<br>P.O. Box 5229<br>Cincinnati, OH 45201 | 10 | $8.19 |

| | |
|---|---|
| Dated: February 12, 2010 | /s/ Charles L. Wells, III<br>Chapter 7 Trustee<br>903 N. Opdyke, Ste. A1<br>Auburn Hills, MI 48326<br>248-276-0285<br>7trusteewells@sbcglobal.net |